IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 23-30089-SMY |
| VANESSA NICOLE GARRIS, | ) Title 18 |
| | ) United States Code, |
| Defendant. | ) Section 2252A(a)(2) and (b) |

### INDICTMENT

FILED
JUL 2 8 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE GRAND JURY CHARGES:

### COUNT 1

#### DISTRIBUTION OF CHILD PORNOGRAPHY

From on or about February 29, 2020, in Madison County, within the Southern District of Illinois,

**VANESSA NICOLE GARRIS,**

defendant herein, knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including a file containing the following file name: IMG_3288, that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(2) and (b).

#### FORFEITURE ALLEGATION

Upon conviction for the offense charged in this Indictment, defendant

**VANESSA NICOLE GARRIS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the charged offenses.

The property that is subject to forfeiture referred in the paragraph above includes, but is

not limited to, the following:

- LG cell phone – model LM-K500
- Samsung SM-A215U cell phone
- LG cell phone
- HTC OPM9200 cell phone
- Bunker Hill Security Wireless Surveillance System Receiver SanDisk Ultra Plus 32GB
- Motorola DCH3416 DVR
- Voice recorder
- Motorola DCX3520e-M DVR
- iPhone - cracked screen and back
- Motorola DVR DCH6416
- Motorola DCX3501-M
- Acer laptop Model N15Q9
- Doro PhoneEasy 626 cell phone

A TRUE BILL

FOREPERSON

_____
KARELIA S. RAJAGOPAL
Assistant United States Attorney

_____
RACHELLE AUD CROWE
United States Attorney