IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-30089-SMY |
| | ) | |
| VANESSA NICOLE GARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On July 22, 2024, this Court entered forfeiture order (Doc. 32) against the defendant Vanessa Nicole Garris, for the following property which had been seized from the defendant:

1. **LG cell phone, Model LM-K500;**
2. **Samsung SM-A215U cell phone;**
3. **HTC OPM9200 cell phone;**
4. **Bunker Hill Security Wireless Security Receiver SanDisk Ultra Plus 32 GB;**
5. **Motorola DCH3416 DVR;**
6. **Voice Recorder;**
7. **Motorola DCX3520-e-M DVR;**
8. **iPhone cracked screen and back;**
9. **Motorola DVR DCH6416;**
10. **Motorola DCX 3501-M;**
11. **Acer Laptop Model N15Q9; and,**
12. **Doro PhoneEasy 626 cell phone.**

The Order provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning October 30, 2024 and ending November 28, 2024. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property. Consequently, pursuant to 21 U.S.C. § 853(n)(7), the Court finds

that no third-party petitions were filed and that the United States of America has clear title to the above-described property subject of the Forfeiture Order filed on July 22, 2024 (Doc. 32). The United States Marshal or custodian for the Untied States Secret Service shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED:**   March 3, 2025

**STACI M. YANDLE**
**United States District Judge**